

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     In re Linda Porter

Appellate case number:   01-20-00716-CV

Trial court case number: 2017-67479

Trial court:                      127th District Court of Harris County, Texas

Relator, Linda Porter, has filed a petition for a writ of mandamus in this Court. Relator also has filed a motion "for stay of trial as temporary relief." The motion to stay is **denied**.

The Court requests a response to the petition for writ of mandamus from real parties in interest. The response, if any, is due no later than 20 days from the date of this order.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                    Acting individually

Date: October 27, 2020